IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )
)
vs. )                          CR. NO.: 2:07MJ51-CSC
)
KEVIN EARL JACKSON, )
)
_____ )

## NOTICE OF APPEARANCE

NOTICE is hereby given that the undersigned hereby enters an appearance as co-counsel with

Ronald Wayne Wise, Esq., on behalf of Defendant, KEVIN EARL JACKSON, in the above-styled matter

and requests that he be furnished with copies of all documentation and proceedings filed in this matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Christa D. Deegan,

Esq., Office of the U.S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104,

(christa.d.deegan@usjoj.gov) and to Ronald Wayne Wise, Esq., 2000 Interstate Park Drive, Suite 105,

Montgomery, Alabama 36109, (ronwise@aol.com) by U.S. Mail and by e-mail transmission this 8th day

of June, 2007.

William B. Richbourg, Esq.
700 North Ninth Avenue, Suite A
Pensacola, Florida 32501
(850) 434-9993
(850) 434-8676 = fax
Florida Bar No.: 108928
E-mail: wbrlaw@bellsouth.net
Co-Counsel for Defendant