IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>KEVIN EARL JACKSON ) | Cr. No. 2:07cr119-MHT |

## ORDER TO PRODUCE PRISONER
## FOR ARRAIGNMENT

TO:   United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for <u>JUNE 27, 2007 at 10:30 AM</u> in the above-styled case.

You are DIRECTED to produce the following named prisoner: KEVIN EARL JACKSON before the United States District Court at Courtroom 5-A, on the <u>27th</u> day of JUNE, 2007, at 10:30 AM.

DONE, this the <u>14th</u> day of June, 2007.

SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

By: /s/
Deputy Clerk

cc:   Kevin Earl Jackson
William B. Richbourg
United States Attorney
United States Pretrial Services
United States Probation Office