IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>KEVIN EARL JACKSON, )<br>)<br>_____ ) | CR. NO.: 2:07MJ51-CSC |

RECEIVED
2007 JUN 14  A 9: 50
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Local Rule 83.1(b) of the United States District Court for the Middle District of Alabama, William B. Richbourg moves this Court to allow him to appear pro hac vice as counsel for Defendant, Kevin Earl Jackson. In support of this Motion, counsel shows the following:

1. On or about May 10, 2007, a Criminal Complaint was filed in the Middle District of Alabama charging Kevin Earl Jackson with violations of federal law.

2. The undersigned is an attorney licensed to practice law in the State of Florida, and is a member in good standing of the United States District Court for the Northern District of Florida and the State Bar of Florida.

3. The undersigned has not previously been admitted pro hac vice in the Middle District of Alabama.

4. Along with this Motion, the undersigned has tendered a check in the amount of twenty dollars ($20.00) to the Clerk of Court as required by Local Rule 83.1(b).

WHEREFORE, William B. Richbourg respectfully requests permission to appear *pro hac vice* on behalf of Kevin Earl Jackson before the United States District Court for the Middle District of Alabama for purposes of representing and defending Kevin Earl Jackson in the above-captioned matter.

Respectfully submitted this 12th day of June, 2007.

*/s/ William B. Richbourg*
William B. Richbourg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Appear Pro Hac Vice has been furnished to Christa D. Deegan, Esq., Office of the U.S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104, (christa.d.deegan@usjoj.gov) and to Ronald Wayne Wise, Esq., 2000 Interstate Park Drive, Suite 105, Montgomery, Alabama 36109, (ronwise@aol.com) by U.S. Mail and by e-mail transmission this 12th day of June, 2007.

*/s/ William B. Richbourg*
William B. Richbourg
700 North Ninth Avenue, Suite A
Pensacola, Florida 32501
(850) 434-9993
(850) 434-8676 = fax
Florida Bar No.: 108928
E-mail: wbrlaw@bellsouth.net

| WILLIAM M. MCCOOL<br>CLERK OF COURT<br>111 N. ADAMS STREET<br>TALLAHASSEE, FLORIDA 32301-7717<br>850.521.3501<br>850.521.3656 FAX | **UNITED STATES DISTRICT COURT**<br>NORTHERN DISTRICT OF FLORIDA<br>**OFFICE OF THE CLERK**<br><br>*Visit our web site at www.flnd.uscourts.gov* | SHEILA HURST-RAYBORN<br>CHIEF DEPUTY CLERK<br>111 N. ADAMS STREET<br>TALLAHASSEE, FLORIDA 32301-7717<br>850.521.3501<br>850.521.3656 FAX |
|---|---|---|

Reply to: Pensacola Division

June 11, 2007

## CERTIFICATE OF GOOD STANDING

I, WILLIAM M. MCCOOL, Clerk of the United States District Court for the Northern District of Florida, DO HEREBY CERTIFY THAT **WILLIAM B. RICHBOURG, Florida Northern District Bar Number 108928**, was duly admitted to practice in this Court on **February 3, 1969**, and is in good standing as a member of the bar of this Court.

WILLIAM M. MCCOOL, CLERK OF COURT

*[signature]*

LYNN UHL, DEPUTY CLERK

---

*The mission of the Office of the Clerk of the Northern District of Florida is to provide superior service to the public and the Court.*

| Gainesville Division<br>401 SE 1st Avenue<br>Gainesville, Florida 32601<br>352.380.2400<br>352.380.2424 FAX | Pensacola Division<br>1 N. Palafox Street<br>Pensacola, Florida 32502-5658<br>850.435.8440<br>850.433.5972 FAX | Tallahassee Division<br>111 N. Adams Street<br>Tallahassee, Florida 32301-7717<br>850.521.3501<br>850.521.3656 FAX | Panama City Division<br>30 W. Government Street<br>Panama City, Florida 32401<br>850.769.4556<br>850.769.7528 FAX |
|---|---|---|---|

```
AO82 SWEDA                    ORIGINAL
(Rev. 4/91)               RECEIPT FOR PAYMENT
                       UNITED STATES DISTRICT COURT            0490
                                for the
                         MIDDLE DISTRICT OF ALABAMA
Fund                          at _____MONTGOMERY_____
6855XX    Deposit Funds
604700    Registry Funds
          General and Special Funds
508800    Immigration Fees
085000    Attorney Admission Fees
086900    Filing Fees                                  0490**
322340    Sale of Publication    0001090   COURT COSTS
322350    Copy Fees                        6855XX         20.00
322360    Miscellaneous                    **
143500    Interest
322380    Recoveries of Court Costs        TOTAL        20.00
322386    Restitution of U.S. Government   CHECK        20.00
121000    Conscience Fund                  CHANGE        0.00
129900    Gifts
504100    Crime Victims Fund                           1 ITM-CT
613300    Unclaimed Monies       06/14/07
510000    Filings Spec. Acct.              130312A009 09:44
510100    Registry Admin. Acct.
```

CASE REFERENCE:

2:07mj51-CSC

RECEIVED FROM

William B. Richbourg
700 9th Ave Ste. A
Pensacola, FL 32501

PHV- William B. Richbourg

DEPUTY CLERK BR

THIS IS A RECEIPT, NOT A BILL

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.