IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>v.   )<br>)<br>**KEVIN EARL JACKSON** ) | **CRIMINAL ACTION NO.**<br>**2:07cr119-MHT** |

### ORDER

It is ORDERED that the motion to appear pro hac vice (Doc. No. 18) is granted.

DONE, this the 15th day of June, 2006.

                  /s/ Myron H. Thompson
           **UNITED STATES DISTRICT JUDGE**