IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) CR. NO.  2:07-cr-119-MHT<br>KEVIN EARL JACKSON ) | |

## MOTION FOR ORDER DIRECTING THE UNITED STATES MARSHAL TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura G. Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody KEVIN EARL JACKSON into the custody of HIDTA Special Agent Robert Thornton and/or ABI Special Agent Nance Bishop, on June 29, 2007, through December 31, 2007, so that said agents can take such prisoner into custody for the purpose of transporting him to the Office of the United States Attorney without the necessity of the presence of a Deputy United States Marshal.

We further move the Court to enter an order directing Special Agents Robert Thornton and/or Nance Bishop to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this the 28th day of June, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/Christa D. Deegan
CHRISTA D. DEEGAN
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280    Fax: (334)223-7135
E-mail: christa.d.deegan@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO.   2:07-cr-119-MHT |
| KEVIN EARL JACKSON ) | |

CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ronald W. Wise, Esquire.

> LEURA G. CANARY
> UNITED STATES ATTORNEY
>
> /s/Christa D. Deegan
> CHRISTA D. DEEGAN
> Assistant United States Attorney
> One Court Square, Suite 201
> Montgomery, AL 36104
> Phone: (334)223-7280    Fax: (334)223-7135
> E-mail: christa.d.deegan@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
| v.    ) | |
| ) | CR. NO.  2:07-cr-119-MHT |
| KEVIN EARL JACKSON    ) | |
| ) | |

ORDER

Upon consideration of the government's motion for release of prisoner (Doc. #   ), filed on June 28, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of KEVIN EARL JACKSON to HIDTA Special Agent Robert Thornton and/or ABI Special Agent Nance Bishop, on June 29, 2007, through December 31, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that Special Agents Robert Thornton and/or Nance Bishop shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this the _____ day of June, 2007.

_____
UNITED STATES MAGISTRATE JUDGE