IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
| v.    ) | |
| ) | CR. NO.   2:07-cr-119-MHT |
| KEVIN EARL JACKSON    ) | |
| ) | |

ORDER

Upon consideration of the government's motion for release of prisoner (Doc. # 22), filed on June 28, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of KEVIN EARL JACKSON to HIDTA Special Agent Robert Thornton and/or ABI Special Agent Nance Bishop, on June 29, 2007, through December 31, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that Special Agents Robert Thornton and/or Nance Bishop shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done, this 2nd day of July, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE