# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:07cr119-MHT |
| | ) |
| KEVIN EARL JACKSON | ) |

## NOTICE OF APPEARANCE

COMES NOW Ronald W. Wise, attorney at law, and files herein his Notice of Appearance as co-counsel for Kevin Earl Jackson.

Counsel, in making his appearance, requests:

1.  That all notices of continuances, trial setting, docket setting, or otherwise, announcements or notices regarding said case be forwarded to him at his address provided herein.

2.  That name of counsel be entered herein on the appropriate Court records and that he be designated as co-counsel of record.

Respectfully submitted this the 22nd day of August, 2007.

/s/ Ronald W. Wise
RONALD W. WISE, WISER0904
Attorney for Kevin Earl Jackson
2000 Interstate Park Drive
Suite 105
Montgomery, Alabama 36109
(334) 260-0003

## CERTIFICATE OF SERVICE

      I do hereby certify that on August 22, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

      /s/ Ronald W. Wise