IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr119-MHT |
| **KEVIN EARL JACKSON** | ) | |

### ORDER

It is ORDERED that the motion to continue (Doc. No. 27) is denied. The statement by counsel for defendant Kevin Earl Jackson that he "needs more time in which to adequately prepare the defense of this matter" is inadequate to inform this court as to why a continuance is needed. Counsel must provide more detail and explanation as to why the circumstances in this case are such that he cannot be prepared for trial by September 17, 2007.

DONE, this the 23rd day of August, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE