IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )
    v.                        )   CRIMINAL ACTION NO.
                              )      2:07cr119-MHT
KEVIN EARL JACKSON            )
```

<u>ORDER</u>

It is ORDERED that the motion to file under seal (Doc. No. 30) is granted.

DONE, this the 24th day of August, 2007.

    <u>/s/ Myron H. Thompson</u>
    **UNITED STATES DISTRICT JUDGE**