IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr119-MHT |
| **KEVIN EARL JACKSON** | ) | |

<u>ORDER</u>

It is ORDERED that the motion to substitute counsel (Doc. No. 35) is granted.

DONE, this the 16th day of November, 2007.

                          <u>/s/ Myron H. Thompson</u>
                        **UNITED STATES DISTRICT JUDGE**