IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 NOV 16 P 12: 19

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES OF AMERICA    )
                            )
v.                          ) CR. NO. 2:07cr119-MHT
                            )
KEVIN EARL JACKSON          )

## MOTION TO FILE UNDER SEAL

COMES NOW the below signed attorney and respectfully asks this

Honorable Court to file the Motion to Continue filed this date, under Seal and for

grounds would show as follows:

1.    That said Motion to Continue contains a sensitive statement that

does not need to be made Public.

WHEREFORE THE PREMISES considered, the below signed attorney

respectfully asks this Honorable Court to File the Motion to Continue Under Seal.

RESPECTFULLY SUBMITTED this the 16th day of November, 2007.

_____
RONALD W. WISE, WISER0904
Attorney for Kevin Earl Jackson
2000 Interstate Park Drive
Suite 105
Montgomery, Alabama 36109
(334) 260-0003

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the above upon the Honorable Nathan Stump, Assistant United States Attorney, 131 Clayton Street, Montgomery, Alabama 36104, and William B. Richbourg, Esq., 700 North Ninth Avenue, Suite A, Pensacola, Florida 32501, by placing a copy of same in the United States Mail, postage pre-paid and properly addressed on this the 16th day of November, 2007.

_____

OF COUNSEL