IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA          )
                                  )
        v.                        )   CRIMINAL ACTION NO.
                                  )     2:07cr119-MHT
KEVIN EARL JACKSON                )

<u>ORDER</u>

It is ORDERED that the motion to file under seal (Doc. No. 38) is granted.

DONE, this the 19th day of November, 2007.


          /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE