IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:07cr119-MHT |
| | ) |
| KEVIN EARL JACKSON | ) |

**NOTICE OF INTENT TO CHANGE PLEA**

COMES NOW the Defendant, Kevin Earl Jackson, by and through his attorney of record, and hereby notifies this Honorable Court that he intends to withdraw his plea of not guilty and enter a plea of guilty.

RESPECTFULLY SUBMITTED this the 22nd day of February, 2008.

/s/ **Ronald W. Wise**
Bar Number: WISER0904
Attorney for Kevin Earl Jackson
2000 Interstate Park Drive
Suite 105
Montgomery, Alabama 36109
(334) 260-0003

**CERTIFICATE OF SERVICE**

I do hereby certify that on February 22, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Nathan Stump, Assistant United States Attorney.

/s/ Ronald W. Wise