IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )   CRIMINAL ACTION NO.
                            )      2:07cr119-MHT
KEVIN EARL JACKSON          )
```

### ORDER

It is ORDERED that the motion to substitute counsel (Doc. No. 50) is granted.

DONE, this the 24th day of March, 2008.

                     /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE