IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07cr119-MHT |
| ) | |
| KEVIN EARL JACKSON ) | |

**MOTION TO EXTEND TIME IN WHICH
TO FILE OBJECTIONS TO
PRE-SENTENCE REPORT**

COMES NOW the Defendant, Kevin Earl Jackson, by and through his attorney of record, and hereby files the Motion to Extend Time in Which to File Objections to Pre-Sentence Report and for grounds would show as follows:

1.  On today's day, the below signed attorney spoke with Ms. Ellen Traywick, United States Probation Officer for the Middle District of Alabama and she informed the below signed attorney that she forwarded the Pre-Sentence Report to him at a wrong email address. She emailed a copy of said Pre-Sentence Report to the below signed attorney's correct email address this morning.

2.  That the below signed attorney needs until Friday, May 16, 2008 to file any objections he may have to said Pre-Sentence Report.

RESPECTFULLY SUBMITTED this the 12th day of May, 2008.

/s/ **Ronald W. Wise**
Bar Number:  WISER0904
Attorney for Kevin Earl Jackson
2000 Interstate Park Drive
Suite 105
Montgomery, Alabama 36109
(334) 260-0003

## CERTIFICATE OF SERVICE

I do hereby certify that on May 12, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Nathan Stump, Assistant United States Attorney.

/s/ Ronald W. Wise