IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO.  2:07cr119-MHT |
| ) | |
| KEVIN EARL JACKSON ) | |

**MOTION TO DECREASE DEFENDANT'S OFFENSE LEVEL
PURSUANT TO UNITED STATES SENTENCING GUIDELINES § 3E1.1(b)
(FOR DEFENDANT'S ACCEPTANCE OF RESPONSIBILITY)**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves this Court to reduce Defendant's offense level at sentencing for the reasons that follow:

1. Defendant qualifies for a reduction in his sentence pursuant to U.S.S.G § 3E1.1(b), because he assisted authorities in the investigation and prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the United States to avoid preparing for trial and permitting the Government and this Court to allocate their resources efficiently.

2. Accordingly, pursuant to U.S.S.G § 3E1.1(b), the United States respectfully moves this Court to reduce Defendant's offense level by one level. Combined with the two-level reduction applied under U.S.S.G. § 3E1.1(a), Defendant's offense level should be reduced by a total of three levels to properly reflect his acceptance of responsibility.

Respectfully submitted this the 12th day of May, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

*/s/Nathan D. Stump*
NATHAN D. STUMP
Assistant United States Attorney
131 Clayton Street
Montgomery, AL  36104-3429
Tel: (334) 223-7280
Fax: (334) 223-7560
Email: nathan.stump@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:07cr119-MHT |
| | ) | |
| KEVIN EARL JACKSON | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

  I, Nathan D. Stump, Assistant United States Attorney, hereby certify that on this the 12th day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically serve a copy upon all counsel of record, including Ronald W Wise, Esq., counsel for Defendant.

               Respectfully submitted,

               */s/Nathan D. Stump*
               NATHAN D. STUMP
               131 Clayton Street
               Montgomery, AL 36104
               Phone: (334) 223-7280
               Fax: (334) 223-7135
               E-mail: nathan.stump@usdoj.gov