IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr119-MHT |
| | ) | |
| KEVIN EARL JACKSON | ) | |

## GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE AND CERTIFICATION OF SUBSTANTIAL ASSISTANCE PURSUANT TO § 5K1.1

COMES NOW the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files the above-captioned motion, and as reasons therefore, submits the following:

1. Defendant entered a plea of guilty to an indictment charging violations of Title 21, United States Code, Section 841, pursuant to a plea agreement.

2. In consideration for his plea of guilty, the Government offered Defendant the opportunity to cooperate with law enforcement, in exchange for a possible reduction in his sentence under U.S.S.G. § 5K1.1 and 18 U.S.C. § 3553(e).

3. Defendant accepted the Government's offer and has already provided detailed information to federal and state law enforcement officers regarding the illegal drug trade in the Middle District of Alabama and the Northern District of Florida.

4. The Government considers the assistance provided by Defendant to be substantial and accordingly moves this Court to depart downward two (2) levels under U.S.S.G. § 5K1.1 and to impose a sentence below the statutorily required minimum sentence.

Respectfully submitted this the 12th day of May, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

*/s/ Nathan D. Stump*
NATHAN D. STUMP
Assistant United States Attorney
131 Clayton Street
Montgomery, AL  36104-3429
Tel: (334) 223-7280
Fax: (334) 223-7560
Email: nathan.stump@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO.  2:07cr119-MHT |
| ) | |
| KEVIN EARL JACKSON ) | |

### CERTIFICATE OF SERVICE

    I, Nathan D. Stump, Assistant United States Attorney, hereby certify that on this the 24th day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically serve a copy upon all counsel of record, including Ronald W Wise, Esq., counsel for Defendant.

    Respectfully submitted,

*/s/Nathan D. Stump*
NATHAN D. STUMP
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: nathan.stump@usdoj.gov

2