IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr119-MHT |
| **KEVIN EARL JACKSON** | ) | |

ORDER

It is ORDERED that the motion to extend time in which to file objections to pre-sentence report (Doc. No. 52) is granted.

DONE, this the 14th day of May, 2008.

                                     /s/ Myron H. Thompson  
                              **UNITED STATES DISTRICT JUDGE**