IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.    ) | CASE NO. 2:07cr119-MHT |
| ) | |
| **KEVIN EARL JACKSON**    ) | |

**O R D E R**

Upon consideration of the motion to strike forfeiture allegation (doc. no. 54) heretofore filed in the above-styled cause; counsel for defendant having orally informed the court that defendant does not object; and for good cause shown, the court is of the opinion that the motion should be and the same is hereby granted.  It is, therefore, **ORDERED, ADJUDGED and DECREED** by the court that the forfeiture allegation is hereby stricken.

DONE, this the 14th day of May, 2008.

             /s/ Myron H. Thompson
            UNITED STATES DISTRICT JUDGE